1   BURNHAM BROWN
    Robert M. Bodzin, State Bar No. 201327
2   P.O. Box 119
    Oakland, CA 94604
3   Telephone: (510) 835-6833
    Facsimile:  (510) 835-6666
4   rbodzin@BurnhamBrown.com

5   Attorneys for Plaintiffs

6   [Additional Counsel Appear on Signature Page]

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM HELM, DEBORAH PRISE,          )  **CASE NO.  3:08-CV-01184 SI**
    HEATHER P. RADY, et al., on behalf of )
12  themselves and all other employees and former )
    employees similarly situated,         )
13                                         )  **[PROPOSED] ORDER CONTINUING**
                      Plaintiffs,          )  **CASE MANAGEMENT CONFERENCE**
14                                         )
    v.                                     )
15                                         )
    ALDERWOODS GROUP, INC.,                )
16                                         )
                      Defendant.           )
17                                         )
                                           )
18                                         )
    _____)
19

20         Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21  follows:

22         1.      The date for the further Case Management Conference, previously set for July 30,

23  2010 is moved to **September 10, 2010 at 3:00 p.m.**

24

25

26

27

28
    [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                              1

    Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

_[signature: Susan Illston]_

_____

Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: July 21, 2010


By: /s/ Sarah Cressman                    By: /s/ John A. Mason
    J. Nelson Thomas (*pro hac vice*)    Steven H. Gurnee
    Patrick J. Solomon (*pro hac vice*)    Nicholas P. Forestiere
    Annette Gifford (*pro hac vice*)    John A. Mason
    Sarah Cressman (*pro hac vice*)    GURNEE & DANIELS LLP
    THOMAS & SOLOMON LLP    2240 Douglas Blvd, Suite 150
    693 East Avenue    Roseville, CA 95648
    Rochester, NY  14607    Telephone:  916-797-3100
    Telephone:  585-272-0540    Facsimile:  916-797-3131
    Facsimile:  585-272-0574

                             Counsel for Defendant

    Robert M. Bodzin, State Bar No. 201327
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile:  (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice pending*)
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone:  412-281-4256
    Facsimile:  412-642-2380

    Counsel for Plaintiffs


[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2

Case No.:  3:08-CV-01184 SI