1   BURNHAM BROWN
    Robert M. Bodzin, State Bar No. 201327
2   P.O. Box 119
    Oakland, CA 94604
3   Telephone: (510) 835-6833
    Facsimile:  (510) 835-6666
4   rbodzin@BurnhamBrown.com

5   Attorneys for Plaintiffs

6   [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10

11  WILLIAM HELM, DEBORAH PRISE,          )   **CASE NO.  3:08-CV-01184 SI**
    HEATHER P. RADY, et al., on behalf of )
12  themselves and all other employees and former )
    employees similarly situated,         )
13                                         )   **[PROPOSED] ORDER CONTINUING**
                    Plaintiffs,            )   **CASE MANAGEMENT CONFERENCE**
14                                         )
    v.                                     )
15                                         )
    ALDERWOODS GROUP, INC.,                )
16                                         )
                    Defendant.             )
17                                         )
                                           )
18                                         )
                                           )
19  _____)

20       Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21  follows:

22       1.    The date for the further Case Management Conference, previously set for October 1,

23  2010 is continued to **December 16, 2010 at 3:00 p.m.**

24

25

26

27

28
    [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                    1

    Case No.:  3:08-CV-01184 SI

1    **IT IS SO ORDERED:**

2    Dated: _____                     _____
3                                                   Honorable Susan Illston
                                                   United States District Court
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                  2

     Case No.:  3:08-CV-01184 SI